FILED

JUN 1 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SERGIY KURDYUKOV )
#83817-079; Unit 5751 )
P.O. BOX 7000 )
FORT DIX, NJ 08640 )
(Enter your full name, prison number
and address)

v.

DRUG ENFORCEMENT ADMINISTRATION )
U.S. DEPARTMENT OF JUSTICE )
WASHINGTON, D.C. 20537 )
_____ )
(Enter the full name and address(es),
if know, of the defendant(s) in this
action)

Case: 1:07-cv-01060
Assigned To : Walton, Reggie B.
Assign. Date : 6/15/2007
Description: FOIA/Privacy Act

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

Instructions for filing a Complaint by a Prisoner
Under the Civil Rights Act, 42 U.S.C. § 1983

This packet contains one copy of a complaint form and one copy of an application to proceed *in forma pauperis*. To start an action, you must file an original and one copy of this complaint form.

Your complaint must be clearly handwritten or typewritten and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space to answer a question, you may use another blank page.

Your complaint can be brought in this Court only if one or more of the named defendants is located within the District of Columbia. Further, you must file a separate for each claim that you have unless they are related to the same incident or problem. The law requires that you state only facts in your complaint.

You must supply a certified copy of your prison trust account, pursuant to the provisions of 28 U.S.C. §1915, effective April 26, 1996. The filing fee is $250.00. If insufficient funds exist in your prison account at the time of filing your complaint, the court must access, and when funds exist, collect an initial filing fee equal to 20 percent of the greater of:

(1) the average monthly deposits to your prison account, or
(2) the average monthly balance of your prison account for the prior six-month period.

Thereafter, you are required to make monthly payments of 20% of the preceding month's income. The

RECEIVED

MAY 18 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

**U.S. Department of Justice**

Office of Information and Privacy

---

Telephone: (202) 514-3642     Washington, D.C. 20530

MAR - 7 2007

Mr. Sergiy Kurdyukov
Register No. 83817-079
Federal Correctional Institution     Re:   Appeal No. 07-0637
Post Office Box 7000                        Request No. 07-0491-P
Fort Dix, NJ  08640                         JTR:CIH

Dear Mr. Kurdyukov:

    You attempted to appeal from the failure of the Drug Enforcement Administration to respond to your request for access to records pertaining to you, to Nikolaos Zervos, and to "China Breeze."

    Department of Justice regulations provide for an administrative appeal only after there has been an adverse determination by a component. See 28 C.F.R. § 16.9 (2006).  As no adverse determination has yet been made, there is no action for this Office to consider on appeal.  In particular, the Freedom of Information Act itself contemplates judicial review, rather than an administrative appeal, when an agency has failed to respond to a request within the statutory time limits. See 5 U.S.C. § 552(a)(6)(C)(i).

    I have forwarded your letter to DEA.  You may also wish to contact it directly and inquire about the status of your request.  You may appeal any future adverse determination made by DEA.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    FOIA
    DRUG ENFORCEMENT ADMINI-
    STRATION CHIEF
    DEPARTMENT OF JUSTICE
    1405 EYE STREET, N.W
    WASHINGTON, D.C. 20537

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]          ☐ Agent
                       ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7005 1160 0000 9099 2447

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

# Sergiy KURDYUKOV
#83817-079, FCI Fort Dix, P.O.Box 7000, Fort Dix, NJ 08640 (U.S.A.)

Drug Enforcement Administration
Chief,
Freedom of Information Division
Department of Justice
1405 Eye Street, N.W.
Washington, D.C. 20537

December 27, 2006

RE:   **FREEDOM OF INFORMATION / PRIVACY ACT REQUEST**
      United States District Court
      Southern District of Texas
      Houston Division
      Criminal Case No. H-99CR371

    I, Sergiy KURDYUKOV, born February 24, 1961 in Zaporozmie, Ukraine, presently resident at the above mentioned address, hereby request copies of the following documents, pursuant to the Freedom of Information Act, 5 U.S.C. § 552, and the Privacy Act of 1974, 5 U.S.C. § 552a. If for any reason you chose not to send me any of the documents or papers requested then please furnish me with a *Vaughn Index* as set forth in *Vaughn v. Rosen*, 484 F.2d 820 (D.C. Cir., 1973).

    I am requesting all records, documents, and information you have in your files pertaining to me or mentioning my name, the Motor Vessel "CHINA BREEZE" registered in Panama, and the Confidential Informant (CI) Nikolaos ZERVOS.
    I am particularly requesting:
        (1) All the documents regarding the date that Mr. Nikolaos ZERVOS commenced his cooperation with the D.E.A agents.
        (2) The exact remuneration or benefice that Mr. Nikolaos ZERVOS received for his services in the above-mentioned criminal case.
        (3) All the declaration of Mr. Nikolaos ZERVOS to the law enforcement agents regarding the above-mentioned criminal case.

    Please consider this is a first-party request under the FOIA, 5 U.S.C. § 552, and as a Privacy Act request, 5 U.S.C. § 552a also.

    In the event that some of the material is considered by you to be exempt from disclosure under both Acts, then please include all segregable portions of documents and the specific exemption you are relying upon to deny disclosure of the excised portions. Please note that in order to avoid disclosure you must claim an appropriate exemption under both Acts.

    I am requesting that you abide by the statutory time within which to make a determination on this request, that being ten (10) working days from your receipt under Section 552(a) (6)(A)(i).

    I request a fee waiver or at least a fee reduction, however, in the event you deny this request foe waiver I hereby agree to pay the fees for search and duplication while retaining my

Sergiy KURDYUKOV
Drug Enforcement Administration
December 27, 2006
Page 2.

right to appeal your denial of waiver. The information requested will not be used for any commercial purpose.

    I, Sergiy KURDYUKOV hereby swear under the penalty of perjury that I am requesting all the above information and documents for my personal use.

On this 27 day of December 2006
State of New Jersey
County of Burlington

    BEFORE ME, A NOTARY PUBLIC, on this day personally appeared known to me the person whose name is subscribed above and, being by me first duly sworn, declared that the information above is true and correct.

    Given under my hand and seal of office this 27 day of December 2006.

NOTARY PUBLIC _____

SHELBY E. DUNCAN
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 5/26/2011

My commission expires: _____

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. DEPARTMENT OF JUSTICE
OFFICE OF INFORMATION AND PRIVACY
SUITE 570, FLAG BLDG.
WASHINGTON, D.C. 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
FEB 0 7 2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered     ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7005 1160 0000 9099 2423

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

I-07-1060
RBW

## I (a) PLAINTIFFS

SERGIY KUROYUKOV

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

Pho SE PR

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
# 83817-079

## DEFENDANTS

DEA

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

Case: 1:07-cv-01060
Assigned To : Walton, Reggie B.
Assign. Date : 6/15/2007
Description: FOIA/Privacy Act

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one in a corresponding Nature of Suit**)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction
Any nature of suit from any category may be selected for this category of case assignment.
*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

(3)