FILED
JUN 15 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SERGIY KURDYUKOV, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07 1060 |
| DRUG ENFORCEMENT ADMINISTRATION, | ) |
| Defendant. | ) |

ORDER

Plaintiff has submitted the requisite financial information pursuant to 28 U.S.C. § 1915(a)(1994). Upon review of the financial information, the Court finds that plaintiff is required to pay the statutory filing fee of $350.00 for this action in accordance with the provisions of 28 U.S.C. § 1915(b)(1)). Accordingly, it is this 21st day of May, 2007,

**ORDERED** that:

1. The plaintiff is obligated to pay an initial partial filing fee payment of $ 5.62

2. The plaintiff is obligated to submit to the United States District Court for the District of Columbia twenty percent of the preceding month's income credited to his prison account as partial payment of the $350.00 filing fee.

3. The payment described above and all future payments shall be deducted from the plaintiff's prison account and paid to the Clerk of the United States District Court for the District of Columbia each time the amount in the account exceeds $10 until the entire filing fee is paid.

4. A copy of this Order shall be furnished to plaintiff's place of incarceration.

5. Plaintiff's application to proceed *in forma pauperis* is granted.

_____
United States District Judge