UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SERGIY KURDYUKOV,**<br>#83817-079; Unit 5751<br>P.O. Box 7000<br>Fort Dix, NJ 08640<br>        **Plaintiff**<br>   v.<br><br><br>**DRUG ENFORCEMENT ADMIN.,**<br>U.S. Department of Justice<br>Washington, D.C. 20537<br><br>        **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-1060 (RBW)<br>)  (ECF)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

THE CLERK OF THE COURT will please enter the appearance of Mercedeh Momeni, Assistant United States Attorney, as counsel of record for defendant, in the above-captioned case.

Respectfully submitted,

/s/
_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of July, 2007, I caused the foregoing Praecipe to be served on Pro Plaintiff, **Sergiy Kurdyukov**, postage prepaid and addressed as follows:

**Sergiy Kurdyukov**
**#83817-079**
**FCI- Fort Dix**
**P.O. Box 7000**
**Fort Dix, NJ 08640**

/s/
_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851