UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERGIY KURDYUKOV,          )<br>         Plaintiff,   )<br>v.          )<br>         )<br>         )<br>DRUG ENFORCEMENT ADMIN.,  )<br>U.S. Department of Justice,    )<br>         )<br>         Defendant.   )<br>         ) | Civil Action No. 07-1060 (RBW)<br>(ECF) |

## MOTION FOR EXTENSION OF TIME TO FILE
## AN ANSWER OR OTHERWISE RESPOND

Defendant, Drug Enforcement Administration ("DEA" or "Defendant"), hereby moves for a sixty-day extension of time to file its answer or otherwise respond to Plaintiff's complaint, through and including September 24, 2007. Good cause exists to grant this motion.

1. Defendant's answer is due on July 25, 2007.

2. Defendant requires additional time to prepare and file a Response. This extension is needed because, in this Freedom of Information Act matter, by letter dated July 9, 2007, Defendant advised Plaintiff that a fee is required to proceed with the search of the documents Plaintiff requests. *See* Exh. 1, attached. Plaintiff was further informed, *inter alia,* that "If the fees are not received within 60 days, [DEA] will assume that you no longer wish to obtain the requested informed [sic] and your request will be administratively closed." *Id*. DEA has advised undersigned counsel that Plaintiff has not yet responded to this letter, and must do so within 60 days of July 9, 2007. Defendant's Response will necessarily depend on how Plaintiff decides to respond to the DEA's letter.

3. Defendant therefore requests sixty additional days to submit its Response.

    4. Because Plaintiff is incarcerated, and is proceeding *pro se*, Local Rule 7(m) does not apply to this motion. Undersigned counsel, therefore, has not obtained his position as to the relief requested.[1]

    WHEREFORE, Defendant requests that this enlargement be granted, and that the date for the answer or other response be extended to September 24, 2007. A minute order is requested.

Dated: July 19, 2007.

                                              Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

_____/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
Civil Division
555 4th Street, N. W.
Washington, D.C. 20530

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with *pro se* parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner *pro se* parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner *pro se* parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any nonprisoner *pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a).

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of July, 2007, I caused the foregoing *Motion to Enlarge* to be served on Pro Plaintiff, **Sergiy Kurdyukov**, postage prepaid and addressed as follows:

**Sergiy Kurdyukov**
**#83817-079**
**FCI- Fort Dix**
**P.O. Box 7000**
**Fort Dix, NJ 08640**

/s/
_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851



**U.S. Department of Justice**
Drug Enforcement Administration
FOI/Records Management Section
FOI Operations Unit

www.dea.gov                                            JUL 0 9 2007

Case Number: 07-0491-P

Subject of Request: KURDYUKOV, SERGIY AND MOTOR VESSEL "CHINA BREEZE"

Sergiy Kurdyukov
Reg. No. 83817-079
FCI Fort Dix
P.O. Box 2000
Fort Dix, New Jersey 08640

Dear Sergiy Kurdyukov:

    This letter is written in further response to your Freedom of Information/Privacy Act (FOIA), 5 U.S.C. § 552 and 5 U.S.C. § 552a, request dated December 27, 2006, to which I initially responded by letter dated January 18, 2007 and March 29, 2007. Your request was interpreted as a request for criminal investigative information in which you and/or M/V CHINA BREEZE were mentioned. Based upon your request, a preliminary query was conducted using your name and M/V China Breeze, the result of which was that 22 investigative case files were identified.

    Of the 22 investigative case files identified in which your name or M/V CHINA BREEZE is mentioned, DEA maintains a Headquarters and a corresponding file in the field. Each referenced headquarters file takes approximately two (2) hours to hand search. Each referenced field file takes approximately four (4) hours to hand search. The fee for search is at the rate of $28.00 per hour. Therefore, the estimated fee to search 44 DEA investigative case files at $28.00 per hour is $3,696.00. Under Department of Justice (DOJ) Agency Rules contained at 28 CFR § 16.11, you are required to pay the estimated fee before further work is performed. Please remit a check or money order made payable to the Treasury of the United States.

    Should you desire a full search of the Headquarters and the field files, please forward your check or money order. When your request is completed, a final exact bill will be sent to you. Failure to pay after notification of an agreement to pay will result in the strict enforcement of the Debt Collection Act of 1962, Pub. L.97-365. Be advised, that the fee is only an estimate. However, DEA **cannot** guarantee that any records will be made available to you. If the fees are not received within 60 days, we will assume that you no longer wish to obtain the requested informed and your request will be administratively closed.

    The amount of the actual cost may be less or can be reduced. You may reduce the cost by reformulating your request. There are several ways to accomplish this goal. You may elect to have

Sergiy Kurdyukov                                                                                            Page 2
July 9, 2007

only the Headquarters or field files searched. To a large extent the records contained in the Headquarters and field files are duplicates. However, there are records in the field file copies of which are not forwarded by the field for inclusion in the Headquarters file.

    You may also limit the files to be searched to those in which you were a subject/defendant or related files, or the files established before or after a particular date. Of the three (3) files identified in which your name is mentioned, one (1) is designated Subject/Defendant and two (2) are related files. Subject/Defendant files are the investigative files in which there exists a DEA Personal History Report or a DEA Defendant Disposition Report in which you were the "named" individual, or in which your name was used as the file title or subject of the investigation. A related file is an investigative case file in which you are mentioned but no personal history or disposition report about you were included in the file. Because of overlap, 20 files contain information regarding the M/V CHINA BREEZE.

    Finally, in your initial letter you requested a fee waiver or at least a fee reduction. You failed to provide any information to support your request. Under DOJ Agency Rules contained at 28 C.F.R. § 16.11(k), you must demonstrate that disclosure of the information is in the public interest because it is likely to contribute significantly to the public's understanding of the operations and activities of the government and the disclosure is not primarily in the commercial interest of the requester. Therefore, based upon your request as currently constituted, a fee waiver or fee reduction is denied.

    If you construe this determination to be adverse you may wish to appeal. You may do so within 60 days from the date of this letter pursuant to 28 C.F.R. 16.9. The appeal should be sent to the following address, with the envelope marked "FOIPA Appeal":

        DEPARTMENT OF JUSTICE
        OFFICE OF INFORMATION AND PRIVACY
        NYAV BLDG., 11th FLOOR
        WASHINGTON, D.C. 20530

                Sincerely,

                *Katherine J.*

                Katherine L. Myrick
                Chief, Operations Unit
                FOI/Records Management Section