UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SERGIY KURDYUKOV,

    Plaintiff,

Vs.

    Civil Action No. 07-1060 (RBW)
    (ECF)

DRUG ENFORCEMENT ADMINISTRATION,
U.S. Department of Justice,

    Defendant.

_____/

RECEIVED
AUG - 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PLAINTIFF'S MOTION TO OPPOSE DEFENDANT'S REQUEST FOR EXTENSION OF TIME TO FILE AN ANSWER TO PLAINTIFF'S COMPLAINT IN THIS F.O.I.A MATTER

COMES NOW, the Plaintiff, Sergiy Kurdyukov, pro se, and respectfully opposes to Defendant request for extension of time to file an answer for the reason as follows:

Defendant alleged that because Plaintiff has not yet responded to a DEA letter dated July 9, 2007 requesting $3,696.00 to proceed with the search of the requested documents, Defendant's response will necessarily depend on how Plaintiff decides to respond to the DEA's letter.

1. In December 2006, Defendant failed to respond to Plaintiff's initial FOIA request within the statutory time limits.

2. Defendant further refused to consider Plaintiff's appeal because no adverse determination had yet been made on his initial FOIA request. Defendant then assigned a request number to his initial FOIA request and to his appeal in the same letter. (Of course no adverse determination could ever have been made)

3. Defendant would neither confirm or deny the existence of any requested records. Therefore, Plaintiff filed a complaint to this

Court in May 2007.

4.      Plaintiff must follow the legal process and comply with this Court's orders, not with Defendant's request after a complaint was filed because Defendant refused to comply within the statutory time limits, and with Plaintiff's statutory right to the records he sought.

WHEREFORE, Plaintiff moves this Honorable Court, based on the aforementioned to deny Defendant's motion for extension of time.

Respectfully submitted,
this 30th day of July 2007
By:

*[signature]*

Sergiy Kurdyukov, pro se
#83817-079
FCI Fort Dix
P.O. Box 2000
Fort Dix, NJ 08640

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing "Plaintiff's Motion to Oppose Defendant's Request For Extension of Time" was mailed, first- class, postage prepaid, this 30th day of July 2007, to: Assistant United States Attorney, MERCEDEH MOMENI, and RUDOLPH CONTRERAS, and to United States Attorney JEFFREY A. TAYLOR, 555 4th Street, N.W., Washington, D.C. 20530.

*[signature]*

Sergiy Kurdyukov, pro se
#83817-079
FCI Fort Dix
P.O. Box 2000
Fort Dix, NJ 08640